Case 2:13-cv-06003-ADS-WDW   Document 19   Filed 03/28/14   Page 1 of 2 PageID #: 66
Case 2:13-cv-06003-ADS-WDW   Document 18   Filed 03/27/14   Page 1 of 2 PageID #: 64

D/F

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2014 ★
LONG ISLAND OFFICE

---------------------------------------------------------------x

LYNN AUSTIN, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

LEWIN SERVICES, INC., a corporation, and VIRGINIA LEWIN, individually and as a corporate officer,

Defendants.

---------------------------------------------------------------x

Case No.: CV 13-6003

Spatt, J.
Wall, M.J.

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that: that the Agreement and General Release in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party. Plaintiff is barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other state, or local law, for wages, including overtime pay, for the period set forth in the Complaint. The Court retains jurisdiction over the settlement agreement resolving this action.

| | |
|---|---|
| JOSEPH & KIRSCHENBAUM, LLP<br>*ATTORNEYS FOR PLAINTIFF*<br>233 Broadway, 5th Floor<br>New York, New York 10279<br>(212) 688-5640 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>DOUGLAS WEINER, ESQ.<br>Dated: March 17, 2014 | By: _____<br>CRAIG S. ROBERTS, ESQ.<br>Dated: March 5, 2014 |

*Case Closed*

SO ORDERED on this ___ day of March, 2014

s/ Arthur D. Spatt
United States District Judge
ARTHUR D. SPATT

4845-3799-0168, v. 1